UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| Plaintiff,  ) | Criminal No. 09-61-ART-HAI-(4) |
| v.  ) | |
| JAMES WAGERS,  ) | **ORDER** |
| Defendant.  ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

James Wagers violated the terms of his supervised release. R. 178. Wagers stipulated to one violation and admitted the factual basis for the other. R. 187 at 1. Pursuant to the Court's referral order, R. 184, Magistrate Judge Hanly A. Ingram filed a thoughtful Recommended Disposition ("R&R") that the Court sentence Wagers to eighteen months of incarceration, with sixty months of supervised release to follow. R. 187 at 7−8. Wagers has not filed any objections to the R&R, and the time to do so has expired. *Id.* at 8. Accordingly, it is **ORDERED** that Judge Ingram's R&R, R. 187, is **ADOPTED** as the opinion of the Court. The Court will issue a separate judgment.

This the 20th day of March, 2017.



Signed By:
*Amul R. Thapar*   AT
United States District Judge